No. 99–5122. BUCHANAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5123. ADEMAJ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–5124. CLINE *v.* BAYER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5126. DOWNS *v.* TAYLOR. C. A. 8th Cir. Certiorari denied.

No. 99–5127. ENGLE *v.* MILLION, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5128. HARE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5129. GRATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5130. ELLIOTT *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–5131. GILLIS *v.* MCCAUGHTRY, WARDEN. Ct. App. Wis. Certiorari denied.

No. 99–5132. VASQUEZ *v.* HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5133. ENGLISH *v.* SHELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5134. HOWLAND *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5136. SMITH *v.* ZLAKET ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5138. ROSS *v.* GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–5139. PATTERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.